# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CANDICE R. LUDINGTON  
1126 N. COURT STREET  
ROCKFORD, IL  61103

SSN-xxx-xx-8235

Case Number: 04-75760

Case filed on: 11/18/2004  
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,804.22      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | CANDICE R. LUDINGTON | 0.00 | 0.00 | 104.22 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 104.22 | 0.00 |
| 001 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COMED CO | 860.34 | 860.34 | 108.35 | 0.00 |
| 003 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LAW OFFICES OF JOEL CARDIS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MARK BERGER MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MIDWESTERN TELECOMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 932.16 | 932.16 | 117.40 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 411.42 | 411.42 | 51.82 | 0.00 |
| 010 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ATTORNEY JASON ROCK | 1,204.50 | 1,204.50 | 151.70 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 5,335.39 | 5,335.39 | 671.96 | 0.00 |
| 013 | SBC MIDWEST | 516.33 | 516.33 | 65.03 | 0.00 |
|  | Total Unsecured | 9,260.14 | 9,260.14 | 1,166.26 | 0.00 |
|  | Grand Total: | 10,624.14 | 10,624.14 | 2,634.48 | 0.00 |

Total Paid Claimant:     $2,634.48  
Trustee Allowance:       $169.74  
Percent Paid Unsecured:    12.59

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer   
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008            By   /s/Heather M. Fagan